In the Matter of the Accounting of WILLIAM H. W. YOUNGS et al., as Administrators of the Estate of GEORGE W. ADAMS, Deceased, Respondents.

EMMA J. WHITLOCK, Appellant; E. ISABELLE YOUNGS et al., as Ancillary Executrices of PHEBE POWELSON, Deceased, Respondents.

*Matter of Adams*, 150 App. Div. 928, affirmed.
(Argued February 28, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1912, which affirmed a decree of the New York County Surrogate's Court passing the accounts of the administrators of George W. Adams, deceased, and directing distribution.

*Louis Frankel* and *Job E. Hedges* for appellant.

*Egerton L. Winthrop, Jr.*, and *Charles S. McVeigh* for administrators, respondents.

*Thomas D. Rambaut* for executrices, respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.